**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BROADWAY 104, LLC d/b/a CAFÉ DU SOLEIL,

                Plaintiff,

-against-                                  20 **CIVIL** 3813 (PKC)

                                            **JUDGMENT**

XL INSURANCE AMERICA, INC.,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 23, 2021, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        June 24, 2021

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                                       **BY:**   *K. Mango*
                                                                   **Deputy Clerk**